.(127 So. 917)

## A. F. BOWMAN v. STATE.
### 4 Div. 587.

Court of Appeals of Alabama.
April 22, 1930.

SAMFORD, J.

Defendant was convicted of violating the prohibition law, and appeals.

The defendant pleaded guilty in the court below. There is no bill of exceptions. We find no error in the record, and the judgment is affirmed.

Affirmed.

---

(121 So. 919)

### Odie L. BOYETT v. STATE.   (8 Div. 778.)

Court of Appeals of Alabama.   April 9, 1929.

BRICKEN, P. J.   The appellant was convicted by the jury as charged in the first count of the indictment. This count charged that he did distill, make, or manufacture alcoholic, spirituous, malted, or mixed liquors or beverages, a part of which was alcohol, contrary to law.

The regularity of the record, upon which this appeal is rested, is the only matter presented for the consideration of this court, as there is no bill of exceptions in the transcript. The record is without error; therefore the judgment of conviction, from which this appeal was taken, will stand affirmed.

Affirmed.

---

(121 So. 919)

### Solomon BRADFORD v. STATE.
### (8 Div. 752.)

Court of Appeals of Alabama.   March 26, 1929.

J. N. Powell, of Falkville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.   In the absence of defendant and his wife, a deputy sheriff and another went to the house where defendant lived, and in a barn located about 100 yards from the house, after diligent search, they claimed to have found a small catsup bottle full of whisky buried in the cotton seed, with some fruit jars and a still worm. When arrested and told that the bottle of whisky had been found, he said: "If you did, somebody else put it there." There is absolutely no evidence tending to prove a guilty scienter in this case, and the defendant should have been acquitted.

The cause was tried by the court without a jury, and the judgment of conviction was error. The judgment is reversed, and the cause is remanded.

Reversed and remanded.

---

(121 So. 920)

### Carrol BRANCH v. STATE.   (8 Div. 784.)

Court of Appeals of Alabama.   April 9, 1929.

BRICKEN, P. J.   From a judgment of conviction for the offense of violating the prohibition law, appellant appeals. The judgment of conviction must be affirmed, as no error appears upon the record proper, and the appeal is predicated solely thereon. There is no bill of exceptions.

Affirmed.

---

(125 So. 918)

### Odie BRAZELTON v. STATE.   (8 Div. 866.)

Court of Appeals of Alabama.   Jan. 28, 1930.

RICE, J.   Affirmed.

---

(128 So. 913)

### Zula BRAZELTON v. STATE.
### 8 Div. 32.

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Affirmed.

---

(124 So. 919)

### Georgia BRAZIL v. STATE.   (I Div. 873.)

Court of Appeals of Alabama.   Nov. 19, 1929.

RICE, J.   Affirmed.